FEBRUARY 2004 SITTING
 OF THE INDIANA SUPREME COURT

Wednesday, February 18, 2004

 9:00 a.m. Erick David Gamas-Castellanos v. Catherine Marie Gamas

The Clark Circuit Court entered an order finding that pursuant to the
Uniform Child Custody Jurisdiction Law, the State of Indiana has
jurisdiction over the parties’ children. The Court of Appeals affirmed.
Gamas-Castellanos v. Gamas, 794 N.E.2d 1152 (Ind. Ct. App. 2003), vacated.
The Supreme Court has granted a petition to transfer the case, thus
vacating the opinion of the Court of Appeals, and has assumed jurisdiction
over this appeal.

 Attorney for Erick Gamas-Castellanos
 Vicki L. Carmichael
 Jeffersonville, IN

 Attorney for Catherine Gamas
 Amber C. Shaw
 Jeffersonville, IN

Wednesday, February 18, 2004

9:45 a.m. City of Gary v. Ronnie Major, et al.

The Lake Superior Court found the City of Gary in contempt for having
refused to comply with a court order concerning contracts for towing
illegally parked vehicles. The Court of Appeals reversed in City of Gary
v. Major, 792 N.E.2d 962 (Ind. Ct. App. 2003), vacated. The Supreme Court
has granted a petition to transfer the case, thus vacating the opinion of
the Court of Appeals, and has assumed jurisdiction over the appeal.

 Attorney for City of Gary
 Michael J. Rappa
 Merrillville, IN.

 Attorney for Major
 Michael C. Dovellos
 Merrillville, IN.

Thursday, February 19, 2004

9:00 a.m. Louisville & Indiana Railroad Company v. Indiana Gas Company,
Inc.

The Bartholomew Superior Court entered summary judgment for Indiana Gas
Company on Louisville & Indiana Railroad’s trespass claim and dismissed the
remaining claims. The Court of Appeals reversed and remanded. Louisville
& Indiana R.R. Co. v. Indiana Gas Co., 792 N.E.2d 885 (Ind. Ct. App. 2003),
vacated. The Supreme Court has granted a petition to transfer the case,
thus vacating the opinion of the Court of Appeals, and has assumed
jurisdiction over the appeal.

 Attorney for Louisville & Indiana RR
 Thomas C. Bigley, Jr.
 Jason H. Guthrie
 Columbus, IN

 Attorney for Indiana Gas Co, Inc.
 R. Thomas Bodkin
 Douglas A. Welp
 Evansville, IN

 Jeffrey L. Beck
 Columbus, IN

 Robert Heidorn
 Evansville, IN